Jason G. Revzin
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NORMA CHAVARRIA,<br><br>               Plaintiff,<br><br>v.<br><br>ONE NEVADA CREDIT UNION;<br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC,<br><br>               Defendants. | Case No. 2:17-cv-01925-APG-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiff Norma Chavarria ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On July 14, 2017, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 8, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until September 7, 2017. This is the first

/ / /

/ / /

/ / /

/ / /

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: July 31, 2017.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____/s/ Jason G. Revzin_____
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile:  (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel For Trans Union LLC

**PAYNE LAW FIRM LLC**

_____/s/ Sean N. Payne_____
Sean N. Payne
Nevada Bar No. 13216

9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Telephone: (702) 952-2733
Facsimile:  (702) 462-7227
Email: seanpayne@spaynelaw.com

Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
**KNEPPER & CLARK, LLC**
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile:  (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile:  (702) 383-5518
Email: dkrieger@hainesandkrieger.com
*Counsel For Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this __1st__ day of ___August____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4818-8931-5916.1

2