Matthew I Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperlcark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NORMA CHAVARRIA,<br><br>Plaintiff,<br>v.<br><br>ONE NEVADA CREDIT UNION; EQUIFAX INFORMATIONS SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-01925-APG-GWF<br><br>**AMENDED STIPULATION AND ORDER FOR DISMISSALS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Norma Chavarria and Defendants Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("TransUnion"), Equifax Information Services, LLC ("Equifax"), and One Nevada Credit Union ("ONCU"), by and through their respective counsel of record, hereby stipulate and agree to dismiss Plaintiff's claims against Experian, Equifax, and TransUnion only with prejudice. Each party shall bear its own fees and costs.

Dated: December 21, 2017.

| | |
|---|---|
| **PAYNE LAW FIRM LLC** | **NAYLOR & BRASTER** |
| */s/ Sean N. Payne*<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>*Attorney for Plaintiff* | */s/ Jennifer Braster*<br>Jennifer L Braster, Esq.<br>Nevada Bar No. 9982<br>*Attorneys for Defendant Experian Information Solutions, Inc.* |
| **SNELL & WILMER LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| */s/ Bradley T. Austin*<br>Bradley T. Austin<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>*Attorneys for Defendant Equifax Information Services, LLC* | */s/ Jason G. Revzin*<br>Jason G. Revzin<br>Nevada Bar No. 8629<br>*Attorneys for Defendant Trans Union LLC* |
| | **SANTORO WHITMIRE** |
| | */s/ James E. Whitmire*<br>James E. Whitmire, Esq.<br>Nevada Bar No. 6533<br>*Attorneys for Defendant One Nevada Credit Union* |

## **ORDER**

IT IS SO ORDERED.

DATED: 12/22/2017

_____
UNITED STATES DISTRICT COURT JUDGE